WALTER CARL PECK,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A129393

191 P3d 669

Irene B. Taylor, Deputy Public Defender, argued the cause for petitioner. With her on the briefs were Peter Gartlan, Chief Defender, Legal Services Division, and Ingrid Swensen, Executive Director, Office of Public Defense Services.

Erin C. Lagesen, Assistant Attorney General, argued the cause for respondent. On the brief were Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Ryan Kahn, Assistant Attorney General.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Huckleberry, Judge pro tempore.

PER CURIAM

Affirmed. *Cole v. Board of Parole,* 220 Or App 362, 186 P3d 321 (2008).